

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-21-00207-CR**
**No. 10-21-00208-CR**

**JOSEPH DEMETRIUS FARRIS,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

_____

**From the 12th District Court**
**Madison County, Texas**
**Trial Court Nos. 18-13138 and 18-13140**

_____

## MEMORANDUM  OPINION

_____

In each of these two causes, Appellant Joseph Demetrius Farris attempts to appeal from the trial court's order dismissing charges against him.  An order dismissing charges is not an order a defendant may appeal.  *Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd); *see also Crider v. State*, No. 04-19-00512-CR, 2019 WL 4647705, at *1 (Tex. App.—San Antonio Sept. 25, 2019, no pet.) (per curiam) (mem. op., not

designated for publication).  Accordingly, we dismiss each of these appeals for want of jurisdiction.  *See* TEX. R. APP. P. 43.2(f); *Bohannan*, 352 S.W.3d at 48.

Notwithstanding that we are dismissing these appeals, Farris may file a motion for rehearing with this Court within fifteen days after the judgment of this Court is rendered.  *See* TEX. R. APP. P. 49.1.  If Farris desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court.  *See id.* R. 68.2(a).


MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed September 29, 2021
Do not publish
[CR25]

